**Electronically Filed**
**Supreme Court**
**SCWC-16-0000739**
**17-JUN-2022**
**09:09 AM**
**Dkt. 13 ODAC**

SCWC-16-0000739

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, DEPARTMENT OF PUBLIC SAFETY,
Respondent/Employer/Appellant-Appellee,

vs.

RONALD N. NAUMU,
Petitioner/Employee/Appellee-Appellant,

and

MERIT APPEALS BOARD,
Respondent/Agency/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000739; CIVIL NO. 15-1-2432-12)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Employee/Appellee-Appellant Ronald N. Naumu's Application for Writ of Certiorari filed on April 18, 2022, is rejected.

DATED:  Honolulu, Hawaiʻi, June 17, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

